|  |  |  |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>MARTIN LUTHER KING, JR.<br>FEDERAL BLD & U.S. COURTHOUSE<br>50 WALNUT STREET | CAMDEN OFFICE<br>USPO & Courthouse<br>401 Market Street<br>Camden, N.J. 08101 |
| William T. Walsh<br>Clerk | P.O. BOX 419<br>NEWARK, N.J. 07101-0419 | TRENTON OFFICE<br>402 East State Street<br>P.O. BOX 515<br>Trenton, N.J. 08603 |

Date: July 21, 2008

    In Re: Virgin Mobile Initial Public Offering Securities Litigation
    MDL Docket Number: 1931
    Master Docket in New Jersey: 07-5619 (SDW/MCA)

NOTICE TO ALL COUNSEL:

    Pursuant to Rule 7.5 of the Rules of Procedures of the Judicial Panel on Multidistrict Litigation this case has been associated with MDL 1931
Master Case Number: 07-5619(SDW/MCA)    Our Case Number:08-2054 (DSW/MCA)
    Joseph v. Virgin Mobile USA, Inc., et. al.

    All mail in this litigation should be sent to the Newark office. The District of New Jersey requires documents to be filed electronically. Please refer to the court's website www.njd.uscourts,gov to obtain information on becoming an Electronic Filing User in the District of New Jersey. Documents not filed electronically must be submitted with a disc or CD-ROM in accordance with the District of New Jerseys CM/ECF Policies and Procedures. These Policies and Procedures can be found on the court's website. If there is a need to contact this office by phone, you may contact: Charlie Sanders at (973) 645-4582, John Icklan at (973) 645-4555 or Nati Rodriguez at (973) 645-6652.

    The District of New Jersey's motion practice is covered by Local Rules 7.1, 37.1 and 78.1 and will be followed, unless otherwise ordered by the Court. The Local Civil Rules are available on the court's website.

    Very Truly yours,

    WILLIAM T. WALSH, CLERK

    By:

    Nati Rodriguez
    Deputy Clerk